01

02

03

04

05                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
06                       AT SEATTLE

07  ELDO EDWARD CAMANDONA,              )
                                        )   CASE NO. C12-1603-RSM
08         Plaintiff,                   )
                                        )
09         v.                           )   ORDER OF REMAND
                                        )
10  CAROLYN W. COLVIN,                  )
    Acting Commissioner of Social Security, )
11                                      )
           Defendant.                   )
12  _____   )

13         The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge Mary Alice Theiler.   It is therefore ORDERED:

16         (1)    The Court adopts the Report and Recommendation;

17         (2)    The Court REMANDS this matter for further administrative proceedings; and

18         (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19         DATED this 29th day of May 2013.

20

21                                      _____
                                        RICARDO S. MARTINEZ
22                                      UNITED STATES DISTRICT JUDGE


ORDER OF REMAND
PAGE -1